IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| YETI COOLERS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:17-CV-342-RP |
| | § | |
| HOME DEPOT U.S.A., INC.; and | § | |
| TAKEYA USA CORPORATION; | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court is the Plaintiff Yeti Coolers, LLC ("Yeti") and Defendant Home Depot, U.S.A., Inc.'s ("Home Depot") (together, "the parties") Stipulated Dismissal with Prejudice. (Dkt. 67). The parties stipulate that they have resolved all causes of action and that this action should be dismissed with prejudice. (*Id.*). Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows a plaintiff to dismiss an action upon filing a stipulation of dismissal signed by all parties who have appeared. Yeti has done so. "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013).

Yeti's dismissal of its claims against Home Deport resolves all remaining claims in this action. The Court therefore **ORDERS** the Clerk of Court to **CLOSE** this action.

**SIGNED** on August 16, 2018.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE